**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| DEXTER O. TUCKER, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Case No. 8:15-cv-00682-PWG |
| | : | |
| COYLE LAW GROUP, LLC, et al. | : | |
| | : | |
| Defendants | : | |

## PLAINTIFFS' DISCLOSURE OF DAMAGES AND RELIEF SOUGHT

Plaintiffs Dexter O. Tucker and Kimberly Kaye Tucker, by and through their undersigned counsel, Mark G. Chalpin, Esq., respectfully disclose their damages and the relief they are seeking pursuant to the Scheduling Order and Fed. R. Civ. Pro. 26(a)(1)(A)(iii) as follows:

The Tuckers allege that they have suffered the following financial and economic damages resulting in monetary loss to them:

1) lower credit scores and negative bankruptcy history on their credit for the 10 years following their 2012 bankruptcy;

2) loss of their credit cards and access to traditional low interest credit via bank loans and credit cards;

3) loss of associated rewards, memberships, discounts and perquisites associated with their credit cards;

4) future loss of their home through foreclosure or forced short sale as a result of filing bankruptcy and discontinuing payments upon direction from attorney and bankruptcy trustee;

5) inability to negotiate with lien holder (Fulton Bank) as a result of filing bankruptcy;

6) over $170,000 in mortgage payments, interest, late payments, and penalties due;

1

7) over $40,000 in real estate taxes due;

8) negative impacts on their employment including inability to obtain higher level of security clearances, which prevents certain employment opportunities or access to obtain government contract opportunities for small businesses;

9) reduced ability to travel on business, in particular, renting automobiles for extended periods of time which may require higher credit card limits and is a vital part of their ability to provide consulting services to out of state clients as Dexter Tucker travels 2 to 3 times per month;

10) inability to obtain competitive rates or new insurance policies without significant premiums associated with lower credit profile and scores;

11) inability to finance new purchases without large deposits or down payments and high interest rates;

12) greater income tax liability of $25,000 to $30,000 per year due to loss of the mortgage interest deduction;

13) an IRS audit of prior year taxes  because of the significant changes in itemized deductions primarily to due to the loss of mortgage interest and real estate tax level deductions;

14) greater payments to creditors due to inability to challenge claims submitted in the Bankruptcy Case;

15) continued payments of debt to pre-bankruptcy creditors for secured property such as mortgages on investment properties and car loans that do not reflect positively on their credit ratings, resulting in a much lower credit score (at least 100 points), further reducing their ability to obtain more favorable loan terms;

16) inability to negotiate a mortgage with Fulton Bank or any other financial institution; and

17) at least $15,500 paid to Chaifetz & Coyle to represent them in the Civil Litigation and the Bankruptcy Case.

The Tuckers estimate their monetary losses in excess of $2,000,000 and have not yet retained an expert as to damages.  The Tuckers also seek compensatory damages for emotional pain and distress including sleepless nights caused by Defendants' legal malpractice and breach of contract.


Respectfully submitted,


___/s/_____
MARK G. CHALPIN, ESQ. (Bar No. 14552)
116 Billingsgate Lane
Gaithersburg, MD 20877
Tel: (301) 990-4900
Fax: (832) 201-7392
mark.chalpin@gmail.com
Attorney for Plaintiffs

<u>**CERTIFICATE OF SERVICE**</u>

   I hereby certify that a copy of the foregoing Disclosure of Damages and Relief Sought was electronically filed via CM/ECF this 6th day of April, 2015, to:

Emily M. Patterson, Esq.
Edward Hutchins, Esq.
Eccleston & Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 2076-1378

Michael Coyle, Esq.
The Coyle Law Group, LLC
6700 Alexander Bell Drive, Suite 200
Columbia, MD 21046

       /s/
       Mark G. Chalpin